# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILINA AMERICA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZULILY, LLC., a Washington limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 2:17-cv-7313-AFM<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Alexander F. MacKinnon* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party bear their costs and attorney fees.

IT IS SO ORDERED.

Dated: 11/6/2017

_____
Alexander F. MacKinnon
United Stated Magistrate Judge